THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAFFAELE PISANO, Appellant.

*People* v. *Pisano*, 170 App. Div. 916, affirmed.
(Submitted January 20, 1916; decided February 4, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 30, 1915, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of assault in the first degree.

*Martin T. Manton* and *Anthony J. Ernest* for appellant.

*James C. Cropsey, District Attorney (Ralph E. Hemstreet* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.